UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DIPAK GIRI )
       Plaintiff, )
)
v. ) **JUDGMENT**
) No. 5:17-cv-179-FL
INTEGRATED LABORATORY )
SYSTEMS, INC. )
       Defendant )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment, motion for protective order and motion to seal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 7, 2019, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment, motion for protective order and motion to seal are granted.

**This Judgment Filed and Entered on February 7, 2019, and Copies To:**
Nitin Sud / Robert J. Willis  (via CM/ECF Notice of Electronic Filing)
Robert M. Kennedy, Jr., William R. Hartzell  (via CM/ECF Notice of Electronic Filing)
Laura Bradarich Williams (via US mail) Phelps Dunbar, LLP 115 Grand Avenue, Ste 222, Southlake, TX 76092

February 7, 2019                PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk